Pro Se Plaintiff
[REDACTED ADDRESS]
[REDACTED CITY, STATE]

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE,<br><br>       Plaintiff,<br><br>vs.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, ET AL.,<br>       Defendants<br><br>FILED UNDER SEAL | Case No.: 25-cv-01736 (UNA)<br><br>NOTICE OF CLARIFICATION REGARDING OPERATIVE COMPLAINT AND REQUEST FOR ADMINISTRATIVE DOCKET CONFIRMATION |

Plaintiff John Doe respectfully submits this Notice to clarify the operative complaint and to request a brief administrative confirmation from the Clerk.

1. Purpose and intake confusion. At intake there was confusion as to which complaint was docketed as the initial pleading. Plaintiff files this Notice to clarify the intended operative complaint and to obtain a simple confirmation so the parties and the Court proceed from a common record.

2. Clerk contact for the record. On October 6, 2025, Plaintiff emailed the Clerk requesting: (a) the current docket sheet, and (b) the NEF for Document 1 (Complaint) (or the entry reflecting the initial complaint) to confirm the operative pleading; an automatic acknowledgement was received.

NOTICE OF CLARIFICATION REGARDING OPERATIVE COMPLAINT AND REQUEST FOR ADMINISTRATIVE DOCKET CONFIRMATION - 1

RECEIVED
OCT 13 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

3. Operative complaint intended. Plaintiff clarifies that the intended operative pleading in this action is the Verified Complaint for APA/Mandamus relief (seeking, among other things, recognition of § 1034 protections and tolling). If a different version was docketed at intake, Plaintiff respectfully requests administrative correction as stated below.

4. No prejudice; housekeeping only. This Notice seeks only to align the docket with the intended initial pleading (or, alternatively, to set a short path to do so). No substantive argument is presented here.

REQUESTED ADMINISTRATIVE RELIEF

Plaintiff respectfully requests that the Court direct the Clerk to:

A. Confirm which complaint is currently docketed as the initial pleading (Doc. 1) and email Plaintiff the current docket sheet and the NEF for that entry;

B. If the APA/Mandamus verified complaint is already docketed as Doc. 1, note on the docket that it is the operative complaint; or

C. If a different complaint was docketed as Doc. 1, mark that filing lodged/stricken as mis-docketed at intake, and designate the APA/Mandamus verified complaint as the operative complaint; or, in the alternative, grant Plaintiff 7 days to file a First Amended Complaint (superseding) that conforms the pleadings without prejudice to any party.

NOTICE OF CLARIFICATION REGARDING OPERATIVE COMPLAINT AND REQUEST FOR ADMINISTRATIVE DOCKET CONFIRMATION - 2

D. Provide a courtesy PDF docket sheet by email to facilitate Plaintiff's redaction scheduling and related sealed filings.

Respectfully submitted,

John Doe

Plaintiff Pro Se

Date: October 13, 2025

Certificate of Service (Filed Under Seal)

I certify that on October 13, 2025, I filed the foregoing under seal via the Court's CM/ECF system. No counsel of record for Defendants has appeared; accordingly, no additional service has been effected. Plaintiff will serve any materials as the Court directs.

NOTICE OF CLARIFICATION REGARDING OPERATIVE COMPLAINT AND REQUEST FOR ADMINISTRATIVE DOCKET CONFIRMATION - 3