FILED UNDER SEAL

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

JOHN DOE,

   Plaintiff,

vs.

U.S. DEPARTMENT OF HOMELAND SECURITY, ET AL.,

   Defendants.

Case No.: 25-cv-01736 (UNA)

EXHIBIT A — PLAINTIFF'S EMAIL TO CLERK REQUESTING DOCKET SHEET AND NEF

(Cover Page)

Document: Email titled "Request for Courtesy Docket Sheet and NEF – Operative Complaint Clarification (Doe v. DHS, 1:25-cv-01736)"

Date of Email: October 6, 2025

Filing Status: UNDER SEAL

Related Filing: Notice of Clarification Regarding Operative Complaint and Request for Administrative Docket Confirmation



Myles W. <myles.w.akacomplainant@gmail.com>

# Submission Under Seal: First Amended Complaint and Notice Regarding Exhibit List – Doe v. Burrows, No. 1:24-cv-03570 (JEB)

Myles W. <myles.w.akacomplainant@gmail.com>  Fri, Jul 25, 2025 at 11:58 PM
To: DCD Intake <dcd_intake@dcd.uscourts.gov>

Dear Clerk of Court,

I am a pro se litigant in the above-captioned case, currently proceeding under seal and pseudonym as "John Doe." Pursuant to my ongoing filings, I respectfully submit the following materials for the Court's review and docketing:

1. **First Amended Verified Complaint for Declaratory and Injunctive Relief**

2. **Notice Regarding Provision of Exhibit List and Lack of PACER Access**

Due to the sensitive nature of the filings, both documents are submitted **under seal**, consistent with my pending motion to proceed pseudonymously and the Court's prior sealing considerations.

As a pro se litigant, I do not have access to a PACER account at this time, which limits my ability to cross-reference docket numbers for exhibit preparation. The enclosed Notice respectfully requests the Court's guidance on how best to proceed under those constraints.

I would appreciate confirmation of receipt and any instructions if further action is needed to ensure these materials are properly docketed. If the Court requires hard copies or password-protected versions, I am available to provide them immediately.

Thank you for your attention to this matter.

Respectfully,
**John Doe** (pseudonym for Myles W. a/k/a Complainant)
Email: myles.w.akacomplainant@gmail.com
Phone: (301) 541-7061
Address: [filed under seal]

---

2 attachments

📄 **Amended_Complaint_Doe_v_Burrows_Whistleblower_Retaliation.pdf**
229K

📄 **NOTICE REGARDING PROVISION OF EXHIBIT LIST AND LACK OF PACER ACCESS.pdf**
291K

FILED UNDER SEAL

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

JOHN DOE,

  Plaintiff,

vs.

U.S. DEPARTMENT OF HOMELAND SECURITY, ET AL.,

  Defendants.

Case No.: 25-cv-01736 (UNA)

EXHIBIT B — AUTOMATIC REPLY FROM CLERK

(Cover Page)

Document: Automatic reply acknowledging receipt of Plaintiff's email re: docket sheet and NEF request

Date of Email: October 6, 2025

Filing Status: UNDER SEAL

Related Filing: Notice of Clarification Regarding Operative Complaint and Request for Administrative Docket Confirmation



Myles W. <myles.w.akacomplainant@gmail.com>

---

# Request for Courtesy Docket Sheet and NEF – Operative Complaint Clarification (Doe v. DHS, 1:25-cv-01736)

---

**Myles W.** <myles.w.akacomplainant@gmail.com>    Mon, Oct 13, 2025 at 3:59 PM
To: DCD Intake <dcd_intake@dcd.uscourts.gov>
Cc: Jean-Claude Douyon <Jean-Claude_Douyon@dcd.uscourts.gov>

Hello,

I am the pro se plaintiff in **Doe v. U.S. Department of Homeland Security, et al., Case No. 1:25-cv-01736 (UNA)**. There was some confusion at intake regarding which complaint was filed.

Could you please email me:

1. the **current docket sheet**, and

2. the **NEF for Document 1 (Complaint)** (or the entry reflecting the initial complaint),
   so I can confirm the operative pleading?

**For the record, this request is made to clarify the operative complaint in anticipation of any necessary amended complaint and follows my previously filed notice regarding temporary lack of PACER access.**

Thank you very much.

John Doe (pseudonym)
Pro Se Plaintiff
(301) 541-7061 | myles.w.akacomplainant@gmail.com

FILED UNDER SEAL

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

JOHN DOE,

  Plaintiff,

vs.

U.S. DEPARTMENT OF HOMELAND SECURITY, ET AL.,

  Defendants.

Case No.: 25-cv-01736 (UNA)

EXHIBIT C — DOE v. BURROWS FIRST AMENDED COMPLAINT AND NOTICE REGARDING EXHIBIT LIST

(Cover Page)

Document: First Amended Complaint and Notice Regarding Exhibit List (Doe v. Burrows, 1:24-cv-03570)

Purpose: Cross-reference to related case filings

Filing Status: UNDER SEAL

Related Filing: Notice of Clarification Regarding Operative Complaint and Request for Administrative Docket Confirmation

                                    Myles W. <myles.w.akacomplainant@gmail.com>

---

# Automatic reply: Request for Courtesy Docket Sheet and NEF – Operative Complaint Clarification (Doe v. DHS, 1:25-cv-01736)

---

**DCD Intake** <DCD_Intake@dcd.uscourts.gov>                                    Mon, Oct 13, 2025 at 3:59 PM
To: "Myles W." <myles.w.akacomplainant@gmail.com>

Thank you for contacting the **U.S. District Court for the District of Columbia**. Please note the following:

1. All emails will be processed in the order in which they are received and may take up to 4-6 business days.
2. If submitting a document for filing in a case, do not mail the same document in hard copy; only submit by email OR mail.
3. All documents must be submitted as attachments, in PDF format; the body of an email will not be filed, and .docx, .jpeg, .png, and imbedded links to the cloud or an external drive are not permitted.
4. If pro se, all documents must contain an original signature; /s/ [Name] is not permitted.
5. If you are notified of a deficiency in your document, please correct as needed and **resubmit all documents related to that submission**; the document(s) included in your original email will not be accepted for filing.
6. If payment is required, the new case will not be assigned until we receive and process the payment.
7. This email address is for filing purposes and general Clerk's Offices inquiries only; it cannot be used for corresponding with parties or judges.
8. Clerk's Office staff cannot provide legal advice or guidance; refer to the Federal Rules of Civil Procedure as needed.
9. Clerk's Office staff cannot help with PACER accessibility issues; contact PACER directly.
10. A pro se motion to e-file cannot be submitted prior to filing a new civil case; the motion can only be filed in an existing case and is determined on a case-by-case basis by the assigned judge.
11. You may stay abreast of case activity via www.pacer.gov
12. <span style="color:red">****As of 10/6/2025, the Clerk's Office can no longer accept sealed documents via email. All sealed documents must be submitted in paper with original signatures. You must also ensure that your pleading clearly notes, in bold and fully capitalized letters under the case number, "FILED UNDER SEAL."</span>

For additional information, see our website (dcd.uscourts.gov) as well as the following links:

- Pro Se Email Requirements
- Pro Se Filing Checklist
- Pro Se Non-Prisoner Handbook
- Pro Se Electronic Noticing

Clerk's Office Intake
**U.S. District Court for the District of Columbia**
333 Constitution Avenue NW, Room 1225, Washington, DC 20001
**Phone:** (202) 354-3120 | **Email:** DCD_Intake@dcd.uscourts.gov
**Website:** www.dcd.uscourts.gov