Pro Se Plaintiff
Address on file under seal
[Telephone in restricted original]
[Contact details in restricted original]

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

JOHN DOE,

Plaintiff,

vs.

U.S. DEPARTMENT OF HOMELAND SECURITY, ET AL.,

Defendants

PROPOSED REDACTED COPY

Case No.: 1:25-cv-01736-UNA

NOTICE OF APPEAL

Notice is hereby given that Plaintiff John Doe appeals to the United States Court of Appeals for the District of Columbia Circuit from this Court's Minute Order entered March 31, 2026, including the denial of pseudonymity and related public-filing election and termination provisions.

Respectfully submitted,

[Autograph redacted from proposed public substitute]

John Doe

Plaintiff Pro Se

Date: September 28, 2026



RECEIVED

SEP 2 8 2026

Clerk, U.S. District & Bankruptcy Courts for the District of Columbia